# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00671-CV

**Michael Motheral in his Official Capacity as Chair of the University Interscholastic League's State Executive Committee; Johanna Denson in her Official Capacity as Vice Chair of the UIL SEC; Paul Galvan in his Official Capacity as a member of the UIL SEC; and Daryl Wade in his Official Capacity as a member of the UIL SEC, Appellants**

**v.**

**Jennifer Black, individually, and A.B., a minor,
by and through his guardian, Jennifer Black, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-006732, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellees have filed a motion for emergency relief pursuant to Rule 29.3. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . ."). Appellees ask the Court to grant temporary relief and reinstate the trial court's December 20, 2021 order to the extent it granted their application for a temporary injunction. We have requested a response from appellants by January 6, 2022.

To preserve the parties' rights while the Court considers the motion for temporary relief, pending further order of this Court, we temporarily order that the trial court's December 20, 2021 order is reinstated to the extent it granted appellees' application for a

temporary injunction. *Id.; see also In re Geomet Recycling LLC*, 578 S.W.3d 82, 89–90 (Tex. 2019) (orig. proceeding) ("Rule 29.3 gives an appellate court great flexibility in preserving the status quo based on the unique facts and circumstances presented."); *Texas Gen. Land Office v. City of Houston*, No. 03-20-00376-CV, 2020 WL 4726695, at *2 (Tex. App.—Austin July 31, 2020, order) (per curiam) ("[A]t this preliminary stage, our task is to determine whether a temporary order will best 'preserve the parties' rights until the disposition of the appeal,' not to determine the merits of the appeal.").

It is ordered on December 30, 2021.


Before Justices Goodwin, Baker, and Smith